UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESHAWN DAWSON, on behalf of himself and all others similarly situated,<br><br>                  Plaintiffs,<br><br>                  -against-<br><br>OPTICSPLANET, INC.<br><br>                  Defendant. | Case No. 1:19-cv-01430-PAE-KNF<br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:    Brooklyn, New York
              September 24, 2019

| | |
|---|---|
| By: _[signature]_<br>Joseph H. Mizrahi, Esq.<br>Cohen & Mizrahi LLP<br>300 Cadman Plaza West, 12th Fl.<br>Brooklyn, New York 11201<br>joseph@cml.legal<br>*Attorneys for Plaintiff* | By: _[signature: Kara Cormier]_<br>Kara Marie Cormier, Esq.<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>666 Third Avenue<br>New York, New York 10017<br>kmcormier@mintz.com<br>*Attorneys for Defendant* |